**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BIANTA JOSEPH,

                Petitioner,

v.                                        Case No. 3:26-cv-281-WWB-SJH

WARDEN, BAKER COUNTY DETENTION
CENTER, et al.,

                Respondents.

_____

## ORDER

Petitioner, with help from counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1). Petitioner asserts the United States Immigration and Customs Enforcement ("**ICE**") is detaining him in violation of his due process rights under *Zadvydas v. Davis*, 533 U.S. 678 (2001), and the Fifth Amendment. (*See generally id.*). As relief, he seeks, *inter alia*, immediate release from ICE custody and an order enjoining ICE from re-detaining him. (*Id.* at 18). The Court ordered Respondents file a response to the Petition by March 27, 2026. (Doc. 6).

Before the Court is Petitioner's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction ("**Motion**"). (Doc. 7). In the Motion, Petitioner again alleges that ICE's detention of him is violating his due process rights under *Zadvydas* and the Fifth Amendment. (*See generally id.*). He similarly asks the Court to order his immediate release and enjoin Respondents from removing or transferring him during the pendency of this action. (*Id.* at 12).

Temporary restraining orders are meant to "preserv[e] the status quo rather than grant[] most or all of the substantive relief requested in the complaint." *Fernandez-Roque v. Smith*, 671 F.2d 426, 429 (11th Cir. 1983). Here, Petitioner seeks not to preserve the status quo, but to obtain the affirmative relief sought in the Petition on an expedited basis. Therefore, Petitioner's Motion is denied without prejudice.

Accordingly, it is **ORDERED** that Petitioner's Motion (Doc. 7) requesting a temporary restraining order and preliminary injunction is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, on March 23, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
c:    Counsel of record

2